# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

**SHAMIKA BENJAMIN WHITE**          **CIV. ACTION NO. 3:21-00455**

**VERSUS**                          **JUDGE TERRY A. DOUGHTY**

**KILOLO KIJAKAZI, ACTING**          **MAG. JUDGE KAYLA D. MCCLUSKY**
**COMMISSIONER, U.S. SOCIAL**
**SECURITY ADMINISTRATION**

# J U D G M E N T

The Report and Recommendation [Doc. No. 16] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

MONROE, Louisiana, this 4th day of August 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE